

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| The State of Texas for the Best Interest and Protection of C.C.<br><br>No. 06-23-00087-CV | Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 32861CR). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating. |

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below. Therefore, we affirm that judgment; however, we reverse the trial court's order to administer psychoactive drugs and remand this case to the trial court for proceedings consistent with this opinion.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 24, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk